# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    Civil No. 05-5049
                      Criminal No. 02-50012-001

CLAYTON M. BROWN                                            DEFENDANT

## O R D E R

Now on this 16th day of August, 2005, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #55), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation,** defendant's petition pursuant to **28 U.S.C. §2255** is **dismissed.**

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE