AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Clayton M. Brown ) | Case No: 5:02CR50012-001 |
| ) | USM No: 06356-010 |
| Date of Previous Judgment: 02/24/2003 ) | Mr. Jack Schisler |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121 months__ months **is reduced to** __120 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __30__     Amended Offense Level: __28__
Criminal History Category: __III__     Criminal History Category: __III__
Previous Guideline Range: __121__ to __151__ months     Amended Guideline Range: ____ to __120__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 27 2008

CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

Except as provided above, all provisions of the judgment dated __02/24/2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __03/27/2008__     /s/Jimm Larry Hendren
                                Judge's signature

Effective Date: _____     Jimm Larry Hendren, Chief U.S. District Judge
(if different from order date)     Printed name and title